No. 81–6688.   HOGAN *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 81–6691.   SUTAIN ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 9th Cir.   Certiorari denied.

No. 81–6692.   HOWELL *v.* STEFFEY.   C. A. 10th Cir. Certiorari denied.

No. 81–6694.   GLOVER-EL *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.   Certiorari denied.

No. 81–6705.   HARRIS *v.* HOUSEWRIGHT, WARDEN, ILLINOIS STATE PENITENTIARY.   C. A. 7th Cir.   Certiorari denied.

No. 81–6732.   REYNOLDS *v.* ATTORNEY GENERAL OF THE UNITED STATES ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 81–6743.   SMITH *v.* UNITED STATES.   Ct. App. D. C. Certiorari denied.

No. 81–6752.   JACKSON *v.* LEEKE ET AL.   C. A. 4th Cir. Certiorari denied.

No. 81–6755.   MILLER *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 81–6765.   OLSON *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 81–6769.   INGRAM *v.* SMITH, WARDEN, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 81–6780.   STINE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 81–6783.   POPE *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.